248 So.2d 730

In re COBB–KIRKLAND MOTOR
COMPANY, Inc.

v.

Lee Vonnie RIVERS.

Ex parte Cobb-Kirkland Motor Company, Inc., a Corp.

3 Div. 490.

Supreme Court of Alabama.

May 27, 1971.

**728**

Calvin M. Whitesell, Montgomery, for petitioner.

James M. Sizemore, Jr., Sylacauga, opposed.

McCALL, Justice.

Petition of Cobb-Kirkland Motor Co., Inc., a Corp. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Cobb-Kirkland Motor Co., Inc. v. Rivers, 248 So.2d 725.

Writ denied.

HEFLIN, C. J., and SIMPSON, COLEMAN and BLOODWORTH, JJ., concur.